# United States District Court

EASTERN DISTRICT OF WISCONSIN

**DEFAULT
JUDGMENT IN A CIVIL CASE**

**JOSHUA SEAGER,**

        Plaintiff,

    V.                  CASE NUMBER: **10-C-742**

**NATIONAL CREDIT WORKS, INC.,**

        Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that default judgment is entered in favor of the plaintiff Joshua Seager and against the defendant National Credit Works, Inc. for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(b), in the amount of $4,257.75.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|    May 4, 2011 | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |